IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CYRIL MARCUS STEPHENS,

      Plaintiff,
v.                                       Case No. 1:14cv246-MW/GRJ

KEISHA JONES, et al.,

      Defendants.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 26. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Fourth Amended Complaint, ECF No. 23, is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted and lack of

1

subject matter jurisdiction."   The Clerk shall close the file.

**SO ORDERED on October 8, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**